R# 149042

Date: 09/09/09

# DIVIDENDS REMITTED TO THE COURT

Case Number 07-17564 - CARMAN, GARY ROBERT

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYRAMED HEALTHCARE GROUP LTD<br>TRI-CITY FAMILY MEDICINE INC<br>1120 EAST BROAD STREET<br>PO BOX 30<br>ELYRIA OH 44036 | 000002 | 10.00 | 3.65 cK 103 |
| Remittance Total | | 10.00 | 3.65 |

*signature*

BRIAN A. BASH, TRUSTEE

09 SEP 16 PM 1:11 FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 09/09/09 09:53 AM  Ver: 14.31c